B 1 (Official Form 1) (1/08)

## United States Bankruptcy Court
### District of Colorado

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**ASPEN LEGACY HOLDINGS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**26-3572564** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**132 Midland Avenue, Suite 4, Basalt, Colorado**<br>ZIP CODE **81621** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**PITKIN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**160 W.225th Street, Bronx NY**<br>ZIP CODE **10463** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**517 E. Hyman Ave, Aspen, CO; 521 E. Hyman Ave, Aspen, CO; Lots G,H,I, Block 95, Aspen, CO**    ZIP CODE **80611** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other __Ownership of multiple real properties
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [✓] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [✓] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): ASPEN LEGACY HOLDINGS, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: District of Colorado | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** ASPEN LEGACY HOLDINGS, LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  /s/ Shaun A. Christensen
Signature of Attorney for Debtor(s)
Shaun A. Christensen
Printed Name of Attorney for Debtor(s)
APPEL & LUCAS, P.C.
Firm Name
1917 Market Street, Suite A
Address
Denver, CO 80202

303-297-9800
Telephone Number
06/23/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *[signature]*
Signature of Authorized Individual
Edward G. Dingilian
Printed Name of Authorized Individual
Manager
Title of Authorized Individual
06/23/2010
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Authorization for Filing Bankruptcy Petition

On this date, June 23, 2010, I hereby grant my written consent, and vote my interest in favor of, Aspen Legacy Holdings, LLC filing a bankruptcy case in the United States Bankruptcy Court for the District of Colorado, and further consent to such action being taking without a meeting of the members pursuant to section 7.6 of the Aspen Legacy Holdings, LLC Operating Agreement.

517 EAST HYMAN HOLDINGS, LLC

by: _____
Edward G. Dingilian, Manager

521 EAST HYMAN HOLDINGS, LLC

by: _____
Edward G. Dingilian, Manager

TIGRAN INVESTMENTS, LLC

by: _____
Edward G. Dingilian, Manager

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:                                                       ) | |
|                                                                    ) | |
| ASPEN LEGACY HOLDINGS, LLC        ) | CASE NO. 10-_____ |
|                                                                    ) | CHAPTER: 11 |
|                        DEBTOR         ) | |

_____

**LIST OF EQUITY SECURITY HOLDERS
PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4**

_____

      ASPEN LEGACY HOLDINGS, LLC, named as the Debtor in this case, for its List of Equity Security Holders, pursuant to Fed.R.Bankr.P. 1007(a)(3), submits as follows:

| CLASS A – MEMBERS | OWNERSHIP % |
|---|---|
| 517 EAST HYMAN HOLDINGS, LLC | 32.79% |
| 521 EAST HYMAN HOLDINGS, LLC | 22.26% |
| TIGRAN INVESTMENTS, LLC | 44.95% |

CLASS B – MEMBER

| | |
|---|---|
| DOWNTOWN ASPEN INVESTMENTS, LLC | 0.00% |
| TOTAL | 100% |

Dated: June 23, 2010.    ASPEN LEGACY HOLDINGS, LLC

                                          */s/ Edward Dingilian*

                                          Edward G. Dingilian, Manager

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )
ASPEN LEGACY HOLDINGS, LLC                )    CASE NO.  10-_____
                                          )    CHAPTER: 11
                    DEBTOR                )
_____

CORPORATE OWNERSHIP STATEMENT
PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4
_____

     The Debtor, ASPEN LEGACY HOLDINGS, LLC, pursuant to FED. R. BANKR. P. 1007(a)(1) and 7007.1 and L.B.R. 1007-4 and L.B.R. 7007.1-1 states as follows:

[ ] There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ X ] The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

   1.  517 EAST HYMAN HOLDINGS, LLC

   2.  521 EAST HYMAN HOLDINGS, LLC

   3.  TIGRAN INVESTMENTS, LLC


   Dated: June 23, 2010.         ASPEN LEGACY HOLDINGS, LLC

                                       /s/ Edward Dingilian

                                       Edward G. Dingilian, Manager

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In Re:  ASPEN LEGACY HOLDINGS, LLC                    Case Number: 10-_____
                    Debtor.                                                        Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip cod of employee, agent, or department of creditor familiar with the claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | contingent | unliquidated | disputed | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Silverman & Weinraub<br>630 Thrid Ave., 7th Floor<br>New York, NY 10017 | Silverman & Weinraub<br>630 Thrid Ave., 7th Floor<br>New York, NY 10017<br>(212)682-2800 | Unsecured Loans Legal Fees | X | X | | $       353,000.00 |
| Holland & Hart<br>555 17th Street, 32nd Floor<br>Denver, CO 80202 | Holland & Hart<br>555 17th Street, 32nd Floor<br>Denver, CO 80202<br>(303)295-8000 | Legal Fees | | | | $        36,879.22 |
| Gilchrist & Rutter<br>1299 Ocean Ave., Ste. 900<br>Santa Monica, CA 90401 | Gilchrist & Rutter<br>1299 Ocean Ave., Ste. 900<br>Santa Monica, CA 90401<br>(310) 393-4000 | Legal Fees | | | | $        26,100.00 |
| Hairabedian ARG-Architects<br> 0241 Sam Grange Court<br>Carbondale, CO 81623 | Hairabedian ARG-Architects<br>0241 Sam Grange Court<br>Carbondale, CO 81623<br>(970)963-1411 | Architectural Fees | | X | | $        24,500.00 |

| Creditor | Contact | Type | | | Amount |
|---|---|---|---|---|---|
| Economic Planning Systems, Inc.<br>730 17th Street, Ste. 630<br>Denver, CO 80602 | Economic Planning Systems, Inc.<br>730 17th Street, Ste. 630<br>Denver, CO 80602<br>(303)623-3557 | Financial Evaluation Fees | X | | $ 22,500.00 |
| Brandt Feigenbaum<br>132 Mudland Ave., Suite 4<br>Basalt, CO 81621 | Brandt Feigenbaum<br>132 Mudland Ave., Suite 4<br>Basalt, CO 81621<br>(970) 925-5196 | Legal Fees | | | $ 19,500.00 |
| A-1 Maintenance<br>520 East Cooper St.<br>Aspen, CO 81611 | A-1 Maintenance<br>520 East Cooper St.<br>Aspen, CO 81611<br>(303)925-8539 | Commercial Maintenance | X | | $ 13,500.00 |
| Stan Clauson Associates<br>412 North Mill St.<br>Aspen, CO 81611 | Stan Clauson Associates<br>412 North Mill St.<br>Aspen, CO 81611<br>(970) 925-2323 | Land Use Planning Fees | | | $ 6,100.00 |
| City of Aspen Utilities<br>130 South Galena Street<br>Aspen, CO 81611-1902 | City of Aspen Utilities<br>130 South Galena Street<br>Aspen, CO 81611-1902<br>(970) 920-5031 | Utilities | X | | $ 2,600.00 |
| Edward Dingilian<br>3656 Johnson Ave #4E<br>Bronx, NY 10463 | Edward Dingilian<br>3656 Johnson Ave #4E<br>Bronx, NY 10463<br>(718)601-5924 | Expense Reimbursement | X | X | $ 1,370.00 |
| Otte & Cote, CPAs<br>1280 Ute Ave., Ste.16<br>Aspen, CO 81611 | Otte & Cote, CPAs<br>1280 Ute Ave., Ste.16<br>Aspen, CO 81611<br>(970) 925-1160 | Accounting Fees | | | $ 715.00 |
| Aspen Consolidated Sanitation District - Water Treatment<br>585 North Mill Street<br>Aspen, CO 81611 | Aspen Consolidated Sanitation District - Water Treatment<br>585 North Mill Street<br>Aspen, CO 81611<br>(970)544-1646 | Utilities | X | | $ 434.00 |

| Source Gas<br>PO BOX 660474<br>Dallas, TX 75266 | Source Gas<br>PO BOX 660474<br>Dallas, TX 75266<br>1-800-563-0012 | Utilities | | | $ | 321.55 |
|---|---|---|---|---|---|---|
| Ajax Mechanical<br>c/o A-1 Maintenance<br>520 East Cooper St.<br>Aspen, CO 81611 | Ajax Mechanical<br>c/o A-1 Maintenance<br>520 East Cooper St.<br>Aspen, CO 81611<br>(970-984-0579 | Commercial Maintenance | | | $ | 270.00 |
| ACME Alarm Co<br>317 County Rd 265<br>Rifle, CO 81650 | ACME Alarm Co<br>317 County Rd 265<br>Rifle, CO 81650<br>(970)625-3398 | Alarm Service | | | $ | 180.00 |
| | | | | | | |
| | | | | | | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A
CORPORATION OR PARTNERSHIP

I, Edward G. Dingilian, the Manager of ASPEN LEGACY HOLDINGS, LLC , named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding the 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Date: June 23, 2010.          Sigature: */s/ Edward Dingilian*
                                                         Edward G. Dingilian, Manager

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ASPEN LEGACY HOLDINGS, LLC | )  CASE NO. 10-_____ |
| | )  CHAPTER: 11 |
| DEBTOR | ) |

___

## VERIFICATION OF CREDITOR MATRIX
___

The above named Debtor, ASPEN LEGACY HOLDINGS, LLC, hereby verifies that the matrix list of creditors electronically filed with the Court is true and correct to the best of its knowledge.

Dated: June 23, 2010.          ASPEN LEGACY HOLDINGS, LLC

*/s/ Edward Dingilian*
Edward G. Dingilian, Manager